UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-20137
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

JUAN CARLOS ZULUAGA also known as Mono,
Also known as Monillo,
                                        Defendant-Appellant.

_____

Appeals from the United States District Court for the
Southern District of Texas
USDC No. H-97-CR-226-4
_____

June 17, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Juan Carlos Zuluaga appeals from the district court's order

affirming the magistrate judge's pretrial detention order.  The

district court's decision rests upon the conclusion that Zuluaga

did not rebut the presumption that no condition or combination of

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conditions will reasonably assure his presence at trial.  *See* 18 U.S.C. § 3142(e).  This conclusion is supported by the proceedings below.  *See United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992).  Accordingly, the district court's order is AFFIRMED.